UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:
**Debtor:** Melvin Orozco

Case #18-11701-RAM
Chapter 13

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

**The undersigned court-appointed Mortgage Modification Mediation Mediator, reports to the court as follows:**

**A.** The final Mortgage Modification Mediation Mediator (MMM) conference was conducted on 08-02-2018 and the following parties were present:

1. [ ] The Debtor:
2. [ ] The Debtor's Attorney:
3. [ ] The Lender's Representative:
4. [ ] The Lender's Attorney:

**B.** The final MMM conference was scheduled for 08-02-2018 but not conducted for the following reason:

1. [x] The parties settled prior to attending
2. [ ] The case was dismissed
3. [ ] The debtor failed to attend
4. [ ] The debtor's attorney failed to attend
5. [ ] The lender failed to attend
6. [ ] The lender's attorney failed to attend
7. [ ] Other

**C.** The result of the MMM conference is as follows:

1. [ ] The parties reached an agreement
2. [ ] The parties did not reach an agreement


Dated: 08.15.18

Copies To:
[All Parties to Mediation]

Signature of Mediator: _____ //s// Robin Weiner
Printed Name: Robin Weiner
Address: 151 North Nob Hill Road #132 Plantation, FL 33324
Phone: (754) 227-9449
Email: impartialmediator@gmail.com