## Currently Viewing:

Borrower Name: Orozco, Melvin
Property Address: 4500 SW 115 Ave. Miami, FL 33165
Servicer Name: BSI Financial Services, Inc.
Loan Number: 1404236174

| Date | Activity By | Action Taken |
|---|---|---|
| 08/10/2018 11:25:12 AM ET | Default Attorney | Message Sent |

**From:** Angelica Reyes (Default Attorney)
**Subject:** Terms
**Message:**
Good Morning, as per the Conciliation call Servicer/Investor and Debtor have agreed to the following terms:

Debtor to pay regular payments as per the POC in the amount of $2,032.64

Debtor to pay arrears in the amount of $650.00 for 12 months

If Debtor conforms then:

- Debtor to provide updated financial and a new Loan Mod application to Servicer by July 15, 2019 to be reviewed again for a Loan Modification

Plan to be modified to show these payments and to be sent to our office for review before filing and for payments to begin September 14, 2018

Can we also request a Mediation report?

thank you,

Angelica

© 2018 - www.dclmwp.com