UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-11701-BKC-RAM
CHAPTER 13 PROCEEDINGS

In re:

Melvin Orozco,

    Debtor(s),

_____/

## MOTION TO APPROVE FIRST MODIFIED CHAPTER 13 PLAN

The Debtor, by his counsel, respectfully moves for approval of his Chapter 13 plan with the modification set forth herein and in support therefore state as follows:

1. Debtor filed for relief under Chapter 13 in this case and his Chapter 13 Plan was previously confirmed.

2. The Debtor filed a Motion for Referral to Mortgage Modification Mediation and has reached an agreement with the lender. The plan must be modified to reflect the reached agreement.

3. By this motion, Debtor requests that the Court approve the modifications of his plan as the First Modified Chapter 13 plan.

WHEREFORE, Debtor respectfully prays that this motion be granted and that Debtor's First Modified Chapter 13 plan be approved as the Chapter 13 plan.

Respectfully submitted,

REYES & CALAS-JOHNSON, P.A.
Attorneys for the Debtors
782 N.W. 42nd Avenue, Ste. 447
Miami, FL 33126
Tel: (305) 476-1900

By:___/S/_____
    Mary Reyes

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served upon all parties on attached list, this 21st day of August, 2018.

_____/S/_____
Mary Reyes

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-1<br>Case 18-11701-RAM<br>Southern District of Florida<br>Miami<br>Tue Aug 21 08:36:57 EDT 2018 | Synchrony Bank<br>PRA Receivables Management, LLC<br>c/o Valerie Smith<br>PO Box 41021<br>Norfolk, VA 23541-1021 | BSI Financial Services<br>Ghidotti Berger, LLP<br>c/o Chase A. Berger, Esq.<br>3050 Biscayne Blvd. - Suite 402<br>Miami, FL 33137-4143 |
| BSI Financial Services<br>c/o Ghidotti Berger, LLP<br>3050 Biscayne Blvd., Suite 402<br>Miami, FL 33137-4143 | BST Financial Services<br>POB 517<br>Titusville, PA 16354-0517 | Berger Firm , PA<br>3050 Biscayne Bvd., #402<br>Miami, FL 33137-4143 |
| Bsi Financial Services<br>314 S Franklin St<br>Titusville, PA 16354-2168 | Capital One<br>Attn: General Correspondence/Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Cbusasears<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 |
| Discover Financial<br>Po Box 3025<br>New Albany, OH 43054-3025 | HMC Assets, LLC solely in its capacity<br>as Seperate Trustee of Community<br>Development Fund I Trust<br>2015 Manhattan Beach Blvd #200<br>Redondo Beach, CA 90278-1226 | Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 |
| LVNV Funding, LLC its successors and assigns<br>assignee of FIA Card Services, N.A.<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Miami Dade County Tax Collector<br>140 W. Flagler St.<br>Miami, FL 33130-1575 | Mortgage Elecgtronic Registration<br>a nominee for Greenpoint Mortgage Fundin<br>1200 South Pine Island Rd<br>Fort Lauderdale, FL 33324-4413 |
| Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 | State of Florida Dept  of Revenue<br>c/oJim Zingale, Executive Director AR<br>501 S Calhoun St., Rm 104<br>Tallahassee, FL 32399-6505 | Synchrony Bank/ JC Penneys<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 |
| Desiree Calas-Johnson<br>782 NW 42 Ave # 447<br>Miami, FL 33126-5549 | Mary Reyes Esq<br>782 NW 42 Ave #447<br>Miami, FL 33126-5549 | Melvin Orozco<br>4500 SW 115th Ave<br>Miami, FL 33165-5528 |
| Nancy K. Neidich<br>www.ch13miami.com<br>POB 279806<br>Miramar, FL 33027-9806 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Miami

End of Label Matrix
Mailable recipients    21
Bypassed recipients     1
Total                  22